IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARCUS E. JACKSON,

    Petitioner,

v.                                                            CASE NO. 1:08-cv-00245-MP-AK

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, which recommends that this case be transferred to the United States District Court for the Middle District of Florida. The Magistrate filed the Report on December 9, 2008. Petitioner has been provided with a copy of the Report and has been afforded the opportunity to file objections. The time for filing objections has now passed, and Petitioner has not filed any objection. Upon consideration, the Court agrees with the Magistrate that the Middle District, as the district of conviction, is the most appropriate venue. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida

    **DONE AND ORDERED** this  *8th* day of January, 2009

                                     *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge